IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19-46-BLG-DLC-01 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| BRANDON BEST GORDON, | |
| Defendant. | |

On June 3, 2019, the Court received a letter from Defendant Gordon, acting *pro se*. Gordon is detained at the Lewis and Clark County Detention Center. He states that he is subject to a federal detainer and asks to be brought to federal court to appear on the underlying April 19 indictment.

At the time the federal detainer was lodged, Gordon should have received contact information for the Federal Defenders of Montana. He must consult with them. If, after doing so, he still wishes to proceed, he may file another motion.

Accordingly, IT IS ORDERED that Gordon's letter, construed as a motion to proceed, is DENIED.

DATED this 4th day of June, 2019.

Dana L. Christensen, Chief Judge
United States District Court