UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-19-46-BLG-SWS |
| Plaintiff, | |
| vs. | ORDER |
| BRANDON BEST GORDON, | |
| Defendant. | |

IT IS HEREBY ORDERED that treats, meals and/or lodging be provided for the jurors in the above entitled case.

DATED 23rd day of October, 2019.

Honorable Scott W. Skavdahl
United States District Judge