IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19-46-BLG-SWS |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| BRANDON BEST GORDON | |
| Defendant. | |

IT IS ORDERED that the following weapons, which have been admitted as exhibits, shall be retained in the custody of the United States Marshals Service during evening recesses, and shall be returned to the custody of the courtroom deputy prior to the beginning of proceedings each morning until the conclusion of the trial or hearing in this matter:

| Exhibit Number | Description |
|---|---|
| Gov't-21 | Springfield Armory XD 40 40mm |
| Gov't- 22 | Sig Sauer P938 9mm |
|  |  |
|  |  |

At the conclusion of the trial or hearing, the courtroom deputy shall return the exhibits to the case agent.

Dated this 23rd day of October, 2019.

Scott W. Skavdahl
United States District Court Judge