# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | PETITION TO RELEASE |
| VS. | ) | RECORDS / COURT DOCUMENTS |
| | ) | |
| BRANDON BEST GORDON | ) | DOCKET NO. CR 19-46-BLG-SWS-01 |
| *aka Brandon Brooks Gordon* | | |

Whereas the above-named defendant has been charged with committing the offense of Felon in Possession of a Firearm, in United States District Court for the District of Montana, the Petitioner requests that the Court order all juvenile and adult records pertaining to the defendant held by Park County District Court, Gallatin County District Court, Montana Department of Corrections, Helena Police Department, Lewis and Clark County Sheriff's Office, and Spokane County Sheriff's Office, including charging documents, plea agreements, presentence investigation reports, incident reports, medical, treatment, attorney representation, and case dispositions, be released to the Petitioner for the purpose of preparing a Presentence Investigation Report for the Court.

Respectfully,

_____  11-7-19
Peyton Jones                Date
United States Probation Officer

## ORDER

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order this __7ᵗʰ__ day of November, 2019, the release of requested records held by Park County District Court, Gallatin County District Court, Montana Department of Corrections, Helena Police Department, Lewis and Clark County Sheriff's Office, and Spokane County Sheriff's Office, to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

_____
Honorable Scott W. Skavdahl
Chief United States District Judge